UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re JAMES KING,   No. C 11-3434 PJH (PR)

           Petitioner.   **ORDER OF DISMISSAL**

      This case was opened when plaintiff wrote a letter to Judge Henderson of this court regarding his conviction. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint or petition and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      No response has been received, and the time to respond has long since passed. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 9, 2012.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\HC.11\KING3434.DSM.wpd